IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Byron Pipkin
BK# 22114801
KNI# 366742
_____
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Sheriff Floyd Bonner, State of
Tenn. Chief Barnett, Chief Kirk
Fields, Capt D. Harris, LT morris, and Sgt mourning
(Enter above the full name of the defendant
or defendants in this action.)

**RECEIVED**

APR 17 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (X) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiffs: _____

         _____

         Defendants: _____

         _____

      2. Court (if federal court, name the district; if state court, name the county):
         Western District of Tenn. Western Division
      3. Docket Number: 23-CV-2140-SHM-tmp
      4. Name of judge to whom case was assigned: Samuel H. Mayes
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still Pending
      6. Approximate date of filing lawsuit: 03-13-23

      7. Approximate date of disposition: N/A

-1-

Revised 4/18/08

II. Place of Present Confinement: 201 Poplar Ave Memphis, TN 38103
   A. Is there a prisoner grievance procedure in the institution?
   Yes (X)  No ( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (X)  No ( )
   C. If your answer is Yes:
      1. What steps did you take? Emergency Grievance - Chief Jailer - Shieriff Bonner, TBI, Officers, I have written all of them
      2. What was the result? No Response and All negative feedback check Grievance # 538-737 and Grievance # 538-731
   D. If your answer is No, explain why not: _____

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff Qtron Pipkin BK # 22114801
      Address 201 Poplar Ave, Mps, TN 38103

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant Sheriff Floyd Bonner Jr. and Chief Barnett is employed as The Warden of Shelby County Justice Center and Chief over Admin-segregation at 201 Poplar Ave

   C. Additional Defendants: Chief Jailer Kirk Fields, Captain D. Harris, Lt Morris, Sgt Echols, Officer Hopson, and officer perkins, and Nurse Haywood and Sgt Mourning

IV. Statement of Claim

   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

   Please Refer to Exhibit A

   Dates 10-23-22 / 03-11-23

Revised 4/18/08

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Have Been made to Suffer From These Traumatizing Events that Took place At this Jail physically, mentally, and emotionally Suffer By the Consistent Treatment and would like Compensation For $200,000,000.00, Two Hundred million Dollars and zero Cents. That Officers Start Checking on Inmates wellness checks And Rounds like They Are Supposed too. An Conduct More Through Investigation Mandate and operate By The Rules set Forth By the Shelby County Justice Center. Start Taking Their Job and oath very Seriously when Inmates Are Crying out For Help And officers to Be Held Accountable For These Actions provided Remedies For Deprivation of Rights to Be Secured By Rights, Privelages and Immunites to Enjoin Them From Acting Unconsitutional By myself And others to End violations Of Federal and State rights. AN Stop All cruel and unusual Puinshment.

VI. Jury Demand

I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this April day of 1, 20 23.

_____
(Signature of Plaintiff/Plaintiffs)

Revised 4/18/08